UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60858-CIV-SMITH

JAIME REYES,

    Plaintiff,
vs.

VILLAGIO OF SAWGRASS, INC.,
*et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING
## REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 75], on the Parties' Motion for Approval of the Parties' FLSA Settlement Agreement and for Dismissal with Prejudice ("Motion") [DE 74]. In the Report and Recommendation, the Magistrate Judge recommends approving the settlement agreement between Plaintiff and Defendant and dismissing the case against Defendant with prejudice. The parties submitted to the Court for approval their Settlement Agreement ("Settlement Agreement").

The Magistrate Judge found that the Settlement Agreement, which specified the portion of the settlement amount to be paid to Plaintiff and the amounts designated for attorney's fees and costs, to be a fair and reasonable resolution of a *bona fide* FLSA dispute. The Magistrate Judge recommends that the Motion be granted. No party has filed Objections to the Magistrate Judge's Report and Recommendation. In fact, the Parties have filed a Joint Notice of No Objection to the Magistrates Report and Recommendation [DE 76]. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation to District Judge and the record, and given that no party has filed Objections, it is

**ORDERED** that:

1) The Report and Recommendation to District Judge [DE 75] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The Joint Motion for Approval of the Parties' FLSA Settlement Agreement and for Dismissal with Prejudice [DE 74] is **GRANTED**.

3) The Court shall retain jurisdiction of this matter until March 20, 2023.

4) This case is **DISMISSED with prejudice.**

5) This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of March 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record